SO ORDERED.

Dated: May 07, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08935

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Neal Norman Mattis and Ann Lucille Mattis<br>      Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee of the Morgan Stanley Mortgage Loan Trust 2004-11AR<br>      Movant,<br>  vs.<br>Neal Norman Mattis and Ann Lucille Mattis, Debtors, Roger W. Brown, Trustee.<br>      Respondents. | No. 2:10-bk-08999-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #6) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 2, 2004 and recorded in the office of the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Trustee of the Morgan Stanley Mortgage Loan Trust 2004-11AR is the current beneficiary and Neal Norman Mattis and Ann Lucille Mattis have an interest in, further described as:

> LOT 176, OF BELL WEST RANCH PARCEL 2, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 627 OF MAPS, PAGE 20 AND AFFIDAVIT OF CORRECTION RECORDED AS 2003-573608 OF OFFICIAL RECORDS.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.